United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 4, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60106
Summary Calendar
_____

JUAN CARLOS VARGAS,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A78 961 803
--------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:*

Juan Carlos Vargas, a native and citizen of El Salvador,
petitions this court for review of the decision of the Board of
Immigration Appeals' ("BIA") affirmance of the Immigration
Judge's ("IJ") denial of his applications for asylum and
withholding of removal. Vargas asserts that he has suffered past
persecution and fears future persecution on account of his
imputed political opinion as a result of his family having strong
ties to the military.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Although Vargas identifies the standard of review for withholding of removal applications, he fails to address the issue in the body of the brief. Accordingly, the withholding of removal claim is deemed abandoned. See Calderon-Ontiveros v. INS, 809 F.2d 1050, 1052 (5th Cir. 1986).

When, as here, the BIA adopts without opinion the IJ's decision, this court reviews the IJ's decision. Gomez-Mejia v. INS, 56 F.3d 700, 702 (5th Cir. 1995). Here, the IJ's determination that Vargas has not shown past persecution or a well founded fear of future persecution if returned to El Salvador was supported by substantial evidence. Id. Accordingly, Vargas' petition for review is DENIED.